**Order entered September 22, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00613-CV

## ALIREZA SARABIAN, Appellant

## V.

## RACE TRACK, Appellee

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-06233

## ORDER

By letter dated July 22, 2020, we notified appellant his brief did not comply with Texas Rule of Appellate Procedure 38, and directed him to file an amended brief in compliance with the briefing rules within ten days of the date of the letter. To date, appellant has not filed an amended brief.

Accordingly, we order the appeal submitted on appellant's July 13, 2020

brief.  Appellee's brief is due within **THIRTY DAYS** of the date of this order.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE